IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:05CR94

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID WAYNE BOONE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on a "Joint Motion for Peremptory Setting," filed by the Government and the Defendant on March 1, 2006. For good cause shown and with the consent of both parties, the Court will grant this motion.

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Peremptory Setting is hereby **GRANTED**.

**IT IS FURTHER ORDERED** this matter is set for trial beginning at the outset of the week of May 22, 2006, in the Charlotte Division of the Western District of North Carolina. **The parties are advised that they must still appear at calendar call on May 15, 2006, and be prepared to select a jury on May 16, 2006.**

The Clerk is directed to send a copy of this Order to Defense Counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office.

Signed: March 21, 2006

Richard L. Voorhees
Chief United States District Judge